# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| DEWAYNE SOLENBERG, on behalf of himself and others similarly situated,<br>    *Plaintiff,*<br><br>v.<br><br>UNIVERSAL PRESSURE PUMPING, INC., ET AL.<br>    *Defendants*. | §<br>§<br>§<br>§<br>§   NO. MO:20-CV-00023 DC<br>§<br>§<br>§<br>§<br>§ |

## FINAL ORDER OF DISMISSAL WITH PREJUDICE
## AS TO UNIVERSAL PRESSURE PUMPING, INC.

ON THIS DAY the Court considered the Parties' Joint Motion to Dismiss with Prejudice as to UNIVERSAL PRESSURE PUMPING, INC. (Doc. 23) filed July 27, 2020.  The Court finds the Motion should be GRANTED.

It is ORDERED, Defendant UNIVERSAL PRESSURE PUMPING, INC., is DISMISSED WITH PREJUDICE.

It is FURTHER ORDERED attorney fees, expenses and court costs shall be borne by the party incurring same.

IT IS FINALLY ORDERED that all pending motions pertaining to UNIVERSAL PRESSURE PUMPING, INC., if any, are DENIED AS MOOT, and all relief not expressly granted is DENIED.

It is so **ORDERED**.

SIGNED this 28th day of July, 2020.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE